JEANNETTE SACKS, Respondent, v. HARRY M. SACKS, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THOMAS M. STANLEY, Respondent, v. DANIEL J. LEARY and WILLIAM C. REID, Copartners, etc., Appellants.— Judgment reversed upon the law, and complaint unanimously dismissed, without costs, upon authority of *Ransome Concrete Machinery Co.* v. *Moody* (282 Fed. Rep. 29, 36). Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DANIEL A. O'GORMAN, Respondent, v. SAMUEL KAPLAN, Appellant.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Trial Term. [Reported in 120 Misc. Rep. 327.] Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

GEORGE WILLIAM BEACH, Respondent, v. ALBERT H. WIGGIN, as Treasurer of SERBIAN CHILD WELFARE ASSOCIATION OF AMERICA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

BENJAMIN W. BONNEY, as Executor, etc., of ALICE SCHRYVER, Deceased, and Others, Respondents, v. WILLIAM G. SCHRYVER, Appellant.— Judgment and order unanimously affirmed, with costs. This court reverses the refusal to find the 9th finding of fact, requested by the defendant, and finds the same. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

AUGUST W. ECKELKAMP, Appellant, v. MARIE C. ECKELKAMP and Another, Individually and as Executors and Trustees, etc., of JOHN W. ECKELKAMP, Deceased, and Another, Respondents.— Judgment unanimously affirmed, with costs payable out of the estate. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.